Rachel M. Dollar, CSB 199977
rdollar@smithdollar.com
Richard R. Sutherland, CSB 240858
rsutherland@smithdollar.com
SMITH DOLLAR PC
Attorneys at Law
404 Mendocino Avenue, Second Floor
Santa Rosa, California 95401
Telephone:  (707) 522-1100
Facsimile:  (707) 522-1101

Attorneys for Plaintiff JPMorgan Chase Bank, N.A.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JPMorgan Chase Bank, National Association, a National Banking Association,<br><br>    Plaintiff,<br>v.<br><br>PMC Bancorp, a California Corporation formerly known as Professional Mortgage Corp.,<br><br>    Defendant. | CASE NO.:  12-06810 MAN<br><br>**[PROPOSED] ORDER OF DISMISSAL**<br><br>Judge:  Hon. Margaret A. Nagle<br><br>Complaint Filed:  August 7, 2012<br>Trial Date:       September 3, 2013 |

Pursuant to the Stipulation of the Parties and good cause appearing, IT IS ORDERED that this action is hereby dismissed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

DATED: January 29, 2014

*Margaret A. Nagle*
_____
Margaret A. Nagle
United States Magistrate Judge